416

appropriate, has generally proceeded per the Court's powers of extraordinary jurisdiction. *See, e.g., In re Dauphin County Fourth Investigating Grand Jury*, 596 Pa. 378, 943 A.2d 929, 936 (2007).

Application of the collateral order doctrine to the present case would suggest that the Court is moving away from constancy in the grand jury setting, and, rather, may weigh discrete privilege assertions to decide which will be deemed so important as to meet some undefined threshold. For my part, I am uncomfortable saying that the very important confidentiality and privilege concerns of the newspaper organization at stake in *Twenty–Fourth Statewide Investigating Grand Jury*, for example, are any less important than those of the Commonwealth agency seeking to invoke collateral order review here. Accordingly, I would adhere to the ordinary course of denying collateral order review of the privilege claim in the present grand jury matter, just as we did in *Twenty–Fourth Statewide Investigating Grand Jury*.

48 A.3d 1218

Burton HETHERINGTON, Julian Milewski, David Zienkiewicz, Cynthia Zienkiewicz, Jason Milewski, Peggy Forgotch, Joseph Clews, Kelly Moran, David Seresky, Grace Glowacki, Charles Hampton, Anna Mae Hampton, John Anczarski, Joseph Clews, Raymond Smith, Cynthia Smith, David Hampton, Lynn Lentes, Debra Hampton, John Uroskie, David Banning, Robert Wise, Barbra Wise, Dale Kimmel, Lena Kimmel, John Rumbel, Michelle Rumbel, Cathy Shoup, Roger Shoup, Raymond Mishlanie, Carol Mishlanie, Debra Grow, Robert O. Ororco, Albert

Breznik, Jr., Leon Trusky, Haley Dunlap, Mary Anczarski, Penny Brouse, Robert Wollyung, Leon Lowandowski, Nancy Stauffer, David Briggs, Edward Glembockie, Margret Hunsinger, James Ambrose, Susan Briel, Eileen Teeter, Dennis Teeter, Mary Milosh, Melissa McGruffie, Bobbie Jo Edmonson, Edward Sanchez, and Joseph E. Faust, Jr.

v.

William ROGERS, President, N.S.S.B., Jane Rapant, Vice President, N.S.S.B., Christine Heyer, Treasurer, N.S.S.B., Robert Wetzel, Former President, N.S.S.B., Phil Rapant, Robert Orth, John Motsney, Edward Balkiewicz, John Misiewicz, and Mark Semanchik, Esq.

Appeal of William Rogers, Jane Rapant, Christine Heyer, Robert Wetzel, Phil Rapant, Edward Balkiewicz, John Motsney, and Mark Semanchik, Esq.

Burton Hetherington, Julian Milewski, David Zienkiewicz, Cynthia Zienkiewicz, Jason Milewski, Peggy Forgotch, Joseph Clews, Kelly Moran, David Seresky, Grace Glowacki, Charles Hampton, Anna Mae Hampton, John Anczarski, Joseph Clews, Raymond Smith, Cynthia Smith, David Hampton, Lynn Lentes, Debra Hampton, John Uroskie, David Banning, Robert Wise, Barbra Wise, Dale Kimmel, Lena Kimmel, John Rumbel, Michelle Rumbel, Cathy Shoup, Roger Shoup, Raymond Mishla-

nie, Carol Mishlanie, Debra Grow, Robert O. Ororco, Albert Breznik, Jr., Leon Trusky, Haley Dunlap, Mary Anczarski, Leon Lowandowski, Nancy Stauffer, David Briggs, Edward Glembockie, Margret Hunsinger, James Ambrose, Susan Briel, Eileen Teeter, Dennis Teeter, Mary Milosh, Melissa McGruffie, Bobbie Jo Edmonson, Edward Sanchez, Joseph E. Faust, Jr.

v.

William Rogers, President, N.S.S.B., Jane Rapant, Vice President, N.S.S.B., Christine Heyer, Treasurer, N.S.S.B., Robert Wetzel, Former President, N.S.S.B., Phil Rapant, Robert Orth, John Motsney, Edward Balkiewicz, John Misiewicz, and Mark Semanchik, Esq.

Appeal of John Misiewicz.

Supreme Court of Pennsylvania.

Argued April 11, 2012.

Decided July 12, 2012.

Stuart Lee Knade, PA School Boards Association, Inc., for Amicus Curiae Pennsylvania School Boards Association.

Victor Paul Stabile, Dilworth Paxson, L.L.P., for Rogers, W., Rapant, J., Heyer, C., Wetzel, R., Rapant, P., Balklewicz, E., Motsney J., Semanchick, M.

Lloyd R. Hampton, Hampton & Hampton, for Herington, Milewski, Ziekiewicz, Forgotch, Clews, Moran, Seresky, Glowacki, Hampton, et al.

Michael D. Kristofco, Wisler, Pearlstine, LLP, for John Mislewicz.

CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of July, 2012, the Court being evenly divided, the Order of the Commonwealth Court is **AFFIRMED.**

Justice ORIE MELVIN did not participate in the decision of this case.

48 A.3d 1219

**Joseph IBRAHIM and Elissar Ibrahim, H/W, Appellees**

v.

**LIBERTY PROPERTY, L.P., and Liberty Property Trust and Overhead Door Corp. c/o CT Corporation Systems Potocnie Enterprises, Inc., d/b/a Overhead Door Co. of Allentown, and Overhead Door Co. of Allentown, Appellants.**

Supreme Court of Pennsylvania.

Argued March 7, 2012.

Decided July 12, 2012.

Audrey Jacobsen Copeland, John Jacob Hare, Marshall, Dennehey, Warner, Coleman & Goggin, P.C., for Liberty Properties & Liberty Property Trust.

Glenn Anthony Rickett, Overhead Door Company of Allentown and Potochie Enterprise, Inc.

John E. Salmon, Salmon Ricchezza Singer & Turchi, L.L.P., for Overhead Door Corporation.